UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA A. AYALA,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY SERVICES, LLC,<br><br>Defendant. | Case No. 1:22-cv-06557<br><br>Judge Elaine E. Bucklo<br>Magistrate Judge Sunil R. Harjani |

**STIPULATION OF DISMISSAL**

  Plaintiff, Laura A. Ayala, and Defendant, AT&T Mobility Services LLC, by their attorneys, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal of Plaintiff's Complaint in its entirety, with prejudice, with each side to bear her, his or its own costs and attorneys' fees.

Dated: March 22, 2023

Respectfully submitted,

By:  /s/Jackie V. Iannicelli
  One of the Attorneys for Defendant,
  AT&T Mobility Services LLC

  Christy E. Phanthavong
  Jackie V. Iannicelli
  Bryan Cave LLP
  161 North Clark Street
  Suite 4300
  Chicago, Illinois 60601
  (312) 602-5000 (telephone)
  (312) 602-5050 (facsimile)
  christy.phanthavong@blcplaw.com
  jackie.iannicelli@bclplaw.com

Respectfully submitted,

By:  /s/Carlos G. Becerra
  One of the Attorneys for Plaintiff,
  Laura A. Ayala

  Carlos G. Becerra
  Becerra Law Group, LLC
  11 East Adams Street, Suite 1401
  Chicago, IL 60603
  (312) 957-9005 (telephone)
  (888) 826-5848 (facsimile)
  cbecerra@becerralawgroup.com